# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDRICK DILLARD,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 76377

**FILED**

JUL 27 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal "from the final judgement from the order of defendants pro-per NRS 176.09183.2 motion entered in this action on this 2nd day of July 2018." Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no postconviction petition requesting a genetic marker analysis pursuant to NRS 176.0918 was filed in the district court. To the extent that appellant appeals from the district court order denying a motion for reconsideration to retest DNA, no statute or court rule permits an appeal from such an order. *Phelps v. State*, 111 Nev. 1021, 1022–23, 900 P.2d 344, 344–45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

18 - 29031

cc: Hon. William D. Kephart, District Judge
Edrick Dillard
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk